UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| HOLLI TELFORD, | Case No. 2:20-cv-002294-RFB-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| MOUNTAIN AMERICA FEDERAL CREDIT UNION, STERLING W. NIELSEN, JONATHAN RUPP, ERIN FERGUSON, DAVID SCHUSTER, NEIGHBORHOOD HOUSING SOLUTIONS, WESLEY JUDD, FEDERAL HOME LOAN BANK through WASATCH PEAKS CREDIT UNION and DOES 1-10, | |
| Defendants. | |

Before the Court is Plaintiff's Request for CM/ECF Login and Password by Pro Se Litigant (ECF No. 3). Plaintiff requests authorization to register as an electronic filer in the Court's CM/ECF filing system. The Court will allow Plaintiff to file future documents electronically only after Plaintiff has demonstrated a basic understanding and familiarity with the Court's CM/ECF filing system.

Accordingly, IT IS HERE BY ORDERED that Plaintiff's Request for CM/ECF Login and Password by Pro Se Litigant (ECF No. 6) is GRANTED. Plaintiff must comply with the following procedures in order to activate her CM/ECF account:

    a.    On or before January 19, 2021, Plaintiff must provide certification that she has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this Court's website at www.nvd.uscourts.gov.

    b.    Plaintiff is not authorized to file electronically until the certification is filed with the Court within the time frame specified.

    c.    Upon timely filing of the certification, Plaintiff shall contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED this 18th day of December, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2